Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Moon Cove Healthcare, Inc. d/b/a Henderson Health and Rehabilitation*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHARA RAUENZAHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOON COVE HEALTHCARE, INC. dba HENDERSON HEALTH AND REHABILITATION, a Nevada corporation,<br><br>Defendant. | Case No.: 2:26-cv-03089-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Moon Cove Healthcare, Inc. d/b/a Henderson Health and Rehabilitation ("Defendant") and Plaintiff Shara Rauenzahn ("Plaintiff"), by and through their counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint ("Complaint"). (ECF No. 1.) Defendant's response to Plaintiff's Complaint is currently due November 3, 2026. Because defense counsel has just been retained in this case, the parties have agreed to a seven (7) day extension of time up to and including **November 10, 2026**, for Defendant to respond to the Complaint. This is the parties' first request for an extension of time.

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 3rd day of November, 2026.

GREENBERG GROSS LLP

/s/ *Eric K. Lundy*

Matthew T. Hale
Nevada Bar No. 16880
Eric K. Lundy
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 3rd day of November, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Alina Krauff*

Anthony L. Martin
Nevada Bar No. 8177
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Moon Cove Healthcare, Inc. d/b/a Henderson Health and Rehabilitation*

**ORDER**

IT IS SO ORDERED.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

November 3, 2026

DATED